Robert C. McREYNOLDS et al.,
Appellants,

v.

COUNTY SCHOOL BOARD OF FAIR-
FAX COUNTY et al., Appellees.

No. 13704.

United States Court of Appeals,
Fourth Circuit.

March 9, 1970.

Robert J. Skahan, Washington, D. C.,
on the brief for appellants.

Darryl L. Wyland, Washington D. C.,
on the brief for appellees.

Before HAYNSWORTH, Chief Judge,
and BOREMAN and WINTER, Circuit
Judges.

PER CURIAM:

This is a tort action arising out of
injuries sustained by a five-year old boy
who darted from behind a parked ve-
hicle on a street in the District of Co-
lumbia just as a school bus, operated by
the individual defendant, was approach-
ing. The child either ran into the side
of the bus near the front or, in at-
tempting to stop, slid, one leg passing
just in front of the right front wheel of
the bus.

The bus was brought to a complete
stop before the rear wheels reached
the point where the child was lying in
the street.

The District Judge, finding no evi-
dence of excessive speed, or of a failure
to maintain a proper lookout or of time
within which evasive action to avoid
striking the child might have been taken,
directed a verdict in favor of the school
board and the bus driver. The record,
viewed in the light most favorable to
the plaintiffs, leaves no room for an
inference that the operator or the owner
of the bus were negligent in any respect.

Our review of the briefs and the rec-
ord in this case leaves us with such con-
viction that the ruling below was cor-
rect, the judgment is now summarily
affirmed without oral argument.

Affirmed.

E. I. DuPONT deNEMOURS AND COM-
PANY, a corporation, Appellee,

v.

D. H. OVERMEYER WAREHOUSE COM-
PANY, a corporation, Appellant.

No. 13652.

United States Court of Appeals,
Fourth Circuit.

Argued March 4, 1970.

Decided March 9, 1970.

Ernest S. DeLaney, Jr., Charlotte, N.
C., and Thomas D. Conway, New York
City (Bradley, Gebhardt, DeLaney &
Millette, Charlotte, N. C., on the brief),
for appellant.

Fred B. Helms, Charlotte, N. C. (Rob-
ert B. Cordle, and Helms, Mulliss &
Johnston, Charlotte, N. C., and Donald
E. Pease, Wilmington, Del., on the
brief), for appellee.

Before SOBELOFF, BRYAN and
CRAVEN, Circuit Judges.

PER CURIAM:

Without intimating any view of the
merits, we conclude that in granting the
preliminary injunction the District
Judge did not exceed the limits of judi-
cial discretion.

The order appealed from is therefore

Affirmed.